DOA: 4/21/25

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America | CRIMINAL COMPLAINT |
|---|---|
| v. | CASE NUMBER:  25-6155MJ |
| Alejandro Flores-Lopez | |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

On or about the dates described in Attachment A in the County of Maricopa in the District of Arizona, Alejandro Flores-Lopez, violated 18 U.S.C. §§, 922(g)(5) and 924(a)(8),  described as follows:

**See Attachment A – Description of Count**

I further state that I am a Special Agent for Homeland Security Investigations (HSI) and that this complaint is based on the following facts:

**See Attachment B, Statement of Probable Cause, Incorporated by Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

AUTHORIZED BY: AUSA Travis L. Wheeler for AUSA John Ballos

BRYANT E BEN
Digitally signed by BRYANT E BENZ
Date: 2025.04.22 17:38:27 -07'0

| HSI Special Agent Bryant Benz | Signature of Complainant |
|---|---|

Sworn to telephonically before me

April 22, 2025@7:16pm

| Date | at | Phoenix, Arizona |
|---|---|---|
| | | City and State |

HONORABLE ALISON S. BACHUS
United States Magistrate Judge

Name & Title of Judicial Officer        Signature of Judicial Officer

## ATTACHMENT A

## DESCRIPTION OF COUNT

### COUNT 1

### Alien in Possession of a Firearm and Ammunition

On or about April 21, 2025, in the District of Arizona, Alejandro Flores-Lopez, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition, to wit:

(1) A Palmetto State Armory Dagger Compact, 9mm caliber semi-automatic pistol, bearing serial number# JJE69740,

(2) 17 rounds of Blazer ammunition (9x19mm, Luger).

both of which were previously shipped or transported in interstate or foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

### ATTACHMENT B

### STATEMENT OF PROBABLE CAUSE

I, Bryant Benz, a Special Agent (SA) for Homeland Security Investigations (HSI) in Sells, Arizona being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I am a Special Agent with Homeland Security Investigations (HSI) currently assigned to the Border Enforcement Security Task Force (BEST) in Sells, Arizona.   I have been employed as a Special Agent with Homeland Security Investigations since April 2022. I have been employed as a law enforcement officer since November 2013.  Prior to being a Special Agent, I held a position as Deportation Officer (DO) with Immigration and Customs Enforcement (ICE) as well as a Patrol Agent for the United States Border Patrol (USBP).  I have also previously held a position as a Task Force Officer (TFO) for HSI. In that time, I have been tasked with conducting criminal investigations related to immigration, narcotics, and firearms offenses.

2.     The facts in this affidavit come from my personal observations, training, and experience, as well as information obtained from other law enforcement officials involved in the investigation, and information obtained from witnesses.

3.     Based on the below facts, your Affiant submits there is probable cause that Alejandro Flores-Lopez committed the crime of Possession of a firearm and ammunition that have moved in or otherwise affected interstate commerce while being an alien unlawfully present in the United States in violation of Title 18, U.S.C. §§ 922(g)(5) and 924(a)(8).

### PROBABLE CAUSE

4.     On April 21, 2025, at approximately 4:10 p.m., the Tempe Police Department (TPD) conducted a traffic stop for a civil traffic violation on a black Nissan Titan bearing Arizona license plate CCA4WX. The driver and sole occupant of this vehicle was identified as Alejandro FLORES-Lopez, herein after referred to as FLORES. FLORES presented TPD with a Mexican voter registration card as well as his Mexican passport for proof of identification. FLORES also

consented to a search of his vehicle, during which TPD found a Palmetto State Armory semi-automatic 9mm handgun, bearing serial number JJE69740, located in the center console. TPD conducted a safety check of this handgun and found that it was loaded with a Glock brand magazine containing seventeen (17) rounds of Blazer 9mm ammunition, but no ammunition was present in the chamber of the handgun. FLORES was then placed under arrest for misconduct involving weapons.

5.      In a post-*Miranda* interview conducted by TPD at the scene of the traffic stop in the Spanish language FLORES admitted to being present in the country illegally. When asked about the handgun found in his vehicle, FLORES initially stated that the weapon belonged to a friend who goes by the name "Flaco." When TPD asked FLORES for further details about "Flaco," FLORES was not able to provide any. After additional questioning, FLORES admitted that the handgun actually belonged to him and no one else.

6.      Following TPD's post-*Miranda* interview of FLORES, TPD contacted your Affiant, HSI SA Bryant Benz, informing him that TPD had a subject who was in custody who had only a Mexican Passport and Mexican voter registration card with no other means of identification in the United States. TPD informed your Affiant that FLORES had admitted to being illegally present in the United States, and that FLORES was currently under arrest by TPD for misconduct involving weapons.

7.      Your Affiant responded to the scene of the traffic stop located at the intersection of South McClintock Drive and Rio Salado Parkway in Tempe, Arizona, within the County of Maricopa, and the District of Arizona.

8.      Upon arrival your Affiant conducted an immigration inspection and questioned FLORES regarding his current immigration status within the United States. FLORES responded that he was a citizen and national of Mexico with no legal documentation to enter, reside, or pass through the United States. FLORES stated that he had entered the United States illegally through the desert, between ports of entry, approximately eight (8) years ago. FLORES admitted to entering and remaining in the United States illegally. FLORES was then transported to the Tempe Police Department for further processing.

9.      At the Tempe Police Department, your Affiant readvised FLORES of his *Miranda* rights in the Spanish language, with the assistance of a Spanish speaking translator, utilizing ICE Form 73-025. FLORES stated he understood these rights and agreed to speak with law enforcement without the presence of an attorney. FLORES stated that he was born in Navojoa, Sonora, Mexico, with no legal status to be present in the United States. FLORES affirmed that he crossed International Boundary into the United States from Mexico approximately eight (8) years ago through the desert near Sonoyta, Sonora, Mexico (Lukeville, Arizona). FLORES stated that he fled Mexico due to the death of his brother who was killed by a criminal organization in Sonora, Mexico known as "Los Salazares."

10.     FLORES stated that he purchased the seized-Palmetto State Armory handgun approximately three years ago, in Mesa, Arizona, in a hand-to-hand street transaction from a suspected gang member known to him as "Flaco" for $450 United Stated Dollars (USD). FLORES stated that he purchased the handgun for personal protection. FLORES further acknowledged that he was aware it was illegal in the United States to purchase and own a firearm if you are illegally present in the United States.

## FIREARM NEXUS

11.     On April 21, 2025, Nexus Expert ATF Special Agent Josiah Fenceroy examined photos of the Palmetto State Armory Dagger Compact, 9mm caliber semi-automatic pistol, bearing serial number JJE69740, and confirmed verbally that the firearm traveled in interstate and foreign commerce to be found in Arizona.

12.     On April 21, 2025, Nexus Expert ATF Special Agent Josiah Fenceroy examined photos of the Blazer 9mm Luger ammunition and confirmed verbally that the ammunition traveled in interstate and foreign commerce to be found in Arizona.

//

//

## **CONCLUSION**

13.    For these reasons, your Affiant submits that there is probable cause to believe Alejandro FLORES-Lopez committed the crime of Possession of a firearm and ammunition that have moved in or otherwise affected interstate commerce while being an alien unlawfully present in the United States in violation of Title 18, U.S.C. §§ 922(g)(5) and 924(a)(8).

14.    I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

BRYANT E BEI
Digitally signed by BRYANT E BENZ
Date: 2025.04.22 17:41:22 -07'

Bryant Benz
Special Agent
Homeland Security Investigations

Sworn to and subscribed telephonically this __22nd__ day of April, 2025.

HONORABLE ALISON S. BACHUS
United States Magistrate Judge